**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARK C. JACKSON,

    Plaintiff,

vs.                                              CASE NO.  3:12-cv-957-J-99TJC-TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**O R D E R**

This case is before the Court on Plaintiff's Motion to Expedite for Jury Trial (Doc. #10, Motion), filed January 22, 2013.  In this case Plaintiff seeks review of the decision by the Commissioner of Social Security to deny Plaintiff's applications for disability benefits (*see* Doc. #1, "Social Security Complaint").  Although 42 U.S.C. § 405(g) permits judicial review of the Commissioner's denial of benefits, it does not provide a jury trial right. As noted by the Tenth Circuit, "Reading sections 405(g) and (h) together, Congress did not clearly provide a right to a jury trial when it established a cause of action for review of a denial of social security benefits."  *Parker v. Astrue*, 298 F. App'x 701, 702-03 (10th Cir. 2008)[1] *citing Lehman v. Nakshian*, 453 U.S. 156 162 n.9 (1981) (noting the right to trial by jury does not apply in actions against the federal government) *and Ginter v. Sec'y of Dep't of Health, Educ. & Welfare*, 621 F.2d 313, 313-14 (8th Cir. 1908) (affirming the district court's denial of request for jury trial by Social Security disability claimant).  Thus, Plaintiff

---

[1]The Court does not rely on non-published opinions as precedent, but cites to them for persuasive authority.


is not entitled to the relief sought by the instant motion.  Accordingly, the Motion to Expedite for Jury Trial (Doc. #10) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of January, 2013.

THOMAS E. MORRIS
United States Magistrate Judge

Copies to *Pro se* Plaintiff